**No. 46059.**—Protests 928612–G, etc., of Simon, Healey & Goldstein, Inc. (New York).

Opinion by TILSON, J. It was established that certain of the items in question were made on a bobbinet machine and are composed in chief value of silk. As to these the claim at 65 percent under paragraph 1529 and T. D. 48316 was sustained.

**No. 46060.**—Protest 12165–K of F. O. Merz & Co. (New York).

Opinion by TILSON, J. The merchandise in question was found not to be appliqued. *United States* v. *Greenwald's* (17 C. C. P. A. 241, T. D. 43672) cited. On the record presented the claim at 45 percent under paragraph 343 was sustained.

**No. 46061.**—Protest 31074–K of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the celluloid dolls in question are similar to those the subject of Abstract 44605. The claim at 1 cent each and 60 percent ad valorem under paragraph 1513 was therefore sustained.

BEFORE THE THIRD DIVISION, JUNE 13, 1941

**No. 46062.**—Protest 958383–G of W. X. Huber Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that when imported the water chestnuts in question were damaged or decayed to the extent of 42 percent of the weight. On the authority of *Huber* v. *United States* (5 Cust. Ct. 50, C. D. 370) the protest was accordingly sustained.

**No. 46063.**—Protest 32710–K of Frey & Horgan Corp. (New York).

Opinion by CLINE, J. It appeared that the drums bore the marking "Barcelona Espana." The court said that while it probably is true that "Barcelona" is an English word, "Espana" is distinctly foreign. Abstracts 39882 and 40802 distinguished. As section 304 specifies that the marking shall be in English words it was held that that requirement was not met in this case and the protest was overruled. Abstracts 39754, 38453, and *Ellis* v. *United States* (3 Cust. Ct. 231, C. D. 242) followed.

**No. 46064.**—Protest 60257–K of R. T. French Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126) dried ginger root was held free of duty under paragraph 1768 as claimed.